UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JAMES HARRIS,<br><br>   PLAINTIFF,<br><br>  v.<br><br>FRIENDSHIP PUBLIC CHARTER SCHOOL,<br><br>   DEFENDANT. | Civil Case No.: 1:18-cv-0396-RCL |

## MATERIAL FACTS NOT IN DISPUTE

COMES NOW, Defendant, Friendship Public Charter School ("FPCS"), to present this Court with material facts not in dispute. Defendant is not in agreement with Plaintiff's characterization of the material facts not in dispute and presents its own below:

1. On June 24, 2016, FPCS filed a Due Process Complaint against James Harris, Parent of J.H., seeking a more restrictive environment for J.H. (AR at 11-16, 779).

2. The issue presented in the Due Process Complaint was "whether the student requires placement in a more restrictive educational environment, specifically a separate special education day school?" (AR at 16).

3. The Due Process Hearing was held on August 4 and 5, 2016.

4. The Hearing Officer refused to make a determination on whether or not the student required a more restrictive placement and instead left the decision up to the IEP team. (AR at 793).

5. On November 8, 2016, FPCS filed an appeal of the Hearing Officer Determination ("HOD") with the United States District Court for the District of Columbia. *See* Defs.

Answer to Compl., 33 ECF No. 4. This appeal was seeking the definitive determination that J.H. was a student who needed a full time non-public special education day school.

6. As a result of Mediation, and a Memorandum of Understanding the parent agreed that J.H. required a more restrictive placement. *See id*.

7. The parent agreed that FPCS would appeal to the State Educational Agency ("SEA") for placement in a full time non-public school as his Least Restrictive Environment. *See id*.

8. The parent agreed that Kingsbury Hope (a full time non-public special education day school) was an appropriate placement for J.H. *See id*.

Date: August 10, 2018      Respectfully Submitted,

_____/s/_____
Ellen Douglass Dalton, Esq.
D.C. Bar No. 411612
General Counsel for Friendship Public Charter School
1400 1st Street NW, Suite 300
Washington, DC, 20001
(202) 281-1796 (Office)
(202) 281-2987 (Fax)